IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN, | ) ) ) | |
| Plaintiffs, | ) | Case No. 16 C 9503 |
| v. | ) ) | |
| | ) | Judge Manish S. Shah |
| KINKELAAR PRODUCTS & SERVICES, INC. a/k/a KINKELAAR REINFORCING a/k/a KPS REINFORCING and STEVEN KINKELAAR individually d/b/a KINKELAAR PRODUCTS & SERVICES, INC. a/k/a KINKELAAR REINFORCING a/k/a KPS REINFORCING, a dissolved Illinois corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## Judgment Order
_____

WHEREAS, the Plaintiffs filed their Complaint on October 5, 2016 and the Defendants were served with copies of Summonses and Complaints; and

WHEREAS, the Defendants has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendants, KINKELAAR PRODUCTS & SERVICES, INC. a/k/a KINKELAAR REINFORCING a/k/a KPS REINFORCING and STEVEN KINKELAAR individually d/b/a KINKELAAR PRODUCTS & SERVICES, INC. a/k/a KINKELAAR REINFORCING a/k/a KPS REINFORCING, both jointly and severally, in the sum of **$44,195.78** representing the following amounts:

a)  ERISA Contributions (01/13 - 03/16)        $28,846.44

b)  Liquidated Damages                          $9151.84

c)  Attorney Fees and Costs                     $4,968.50

e)  Audit Fees                                  $1,229.00


**TOTAL**                                       **$44,195.78**


Further, Plaintiffs are awarded their costs and attorneys' fees to execute or otherwise collect on this judgment.




ENTERED:

_____
MANISH S. SHAH
UNITED STATES DISTRICT JUDGE


DATED:  2/16/17

2