IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN,<br><br>    Judgment-Creditors,<br><br>v.<br><br>KINKELAAR PRODUCTS & SERVICES, INC. et al.,<br><br>    Judgment-Debtor,<br><br>RIVER CITY CONSTRUCTION,<br><br>    Citation-Respondent. | Judge Manish S. Shah<br>Case No. 16 C 9503 |

### Turn Over Order

This cause coming on to be heard before the Court on Plaintiffs' Motion for a Turn Over; due notice having been given, the Court having jurisdiction and being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. That the Citation-Respondent is ordered to turn over funds of the Defendant that it is currently holding pursuant to a served Citation in the amount of $10,255.50.

2. That said funds shall be turned over to the Plaintiffs through their attorney to satisfy in part the judgment entered herein.

3. That the citation remains in effect and the freeze on said account remains in place.

ENTERED:

_____
MANISH S. SHAH
UNITED STATES DISTRICT JUDGE

DATED: December 7, 2017